UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRIS JENSEN,                                                                                    PLAINTIFF

CASE NO:  4:16-CV-840-JM

FRIS CHKN, LLC                                                                                   DEFENDANT
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Chris Jensen, and Defendant, Fris Chkn, a limited liability company, by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal With Prejudice.  The parties request that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties.  Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

WHEREFORE, the parties move this Court for the entry of a Final Order.

Dated this 7th day of April 2017.

| | |
|---|---|
| Edward I. Zwilling, Esq. | Denise Reid Hoggard, Esq. |
| Alabama Bar No.: ASB-1564-L54E | Rainwater, Holt & Sexton, P.A. |
| Schwartz Roller & Zwilling | P.O. Box 17250 |
| 600 Vestavia Parkway, Suite 251 | Little Rock, AR 72222 |
| Birmingham, Alabama, 35216 | Telephone: (501) 868-2500 |
| Telephone: (205) 822-2701 | Facsimile:  (501) 868-2505 |
| Facsimile:  (205) 822-2702 | Email: hoggard@rainfirm.com |
| Email: ezwilling@szalaw.com | |
| | |
| By:   *s/ Edward I. Zwilling* | By:   *s/ Denise R. Hoggard* |
|          Edward I. Zwilling |          Denise R. Hoggard |